UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DONALD LOWE,<br><br>        Petitioner,<br><br>   v.<br><br>TERRI GONZALEZ, Warden,<br><br>        Respondent. | ) CV 10-09061-R (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED:  April 8, 2011

                                  MANUEL L. REAL
                        UNITED STATES DISTRICT JUDGE